893 P.2d 200

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Smith v. Hawaiian Homes Comm'n | 17923 | 3/10/95 | Affirmed |
| State v. Stant | 17343 | 3/13/95 | Affirmed |
| State v. Felder | 16755 | 3/14/95 | Affirmed |
| State v. George | 17249 | 3/14/95 | Affirmed |
| State v. Makuakane | 17342 | 3/14/95 | Affirmed |
| State v. Domingo | 17181 | 3/15/95 | Affirmed |
| State v. Pham | 17070 | 3/15/95 | Affirmed |
| State v. Gaines | 16654 | 3/16/95 | Affirmed |
| State v. Culkin | 16857 | 3/17/95 | Affirmed |
| Kwon v. State | 17460 | 3/20/95 | Affirmed |
| State v. Silva | 16452, 16463 | 3/23/95 | Affirmed |
| State v. Mitchell | 16656 | 3/29/95 | Affirmed |
| State v. Schwenker | 16568 | 3/29/95 | Affirmed |
| State v. Matthews | 16794 | 3/30/95 | Affirmed |